COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Petty, Chafin and Senior Judge Annunziata


DEPARTMENT OF SOCIAL SERVICES/
 COMMONWEALTH OF VIRGINIA

                                              MEMORANDUM OPINION[*]
v.      Record No. 0377-13-1                        PER CURIAM
                                                 AUGUST 6, 2013
JOHNICAL M. OWENS


              FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

              (Kenneth T. Cuccinelli, II, Attorney General; Wesley G. Russell, Jr.,
              Deputy Attorney General; Peter R. Messitt, Senior Assistant
              Attorney General; Scott John Fitzgerald, Senior Assistant Attorney
              General, on brief), for appellant.

              (Joseph A. Miller; Joe Miller Law Ltd., on brief), for appellee.


        The Department of Social Services/Commonwealth of Virginia ("employer") appeals a

decision of the Workers' Compensation Commission ("the commission") denying employer's

request for a termination of the award of benefits and finding employer had a gross subrogation

interest for medical and indemnity expenses of an amount less than the amount claimed by

employer. Employer argues the commission erred in: (1) not terminating the benefits award of

Johnical M. Owens when Owens settled an underlying tort suit without the consent of the

employer; (2) not including temporary total and temporary partial disability benefits awarded in

the October 2005 claim in the amount owed to employer in satisfaction of its workers'

compensation lien and subrogation interest; and (3) not awarding to employer the full amount of

its workers' compensation lien and subrogation interest as a credit against future benefits. We

have reviewed the record and the commission's opinion and find that this appeal is without

_____
        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

merit. Accordingly, we affirm for the reasons stated by the commission in its final opinion. <u>See</u>

<u>Owens v. Department of Soc. Servs./Commonwealth of Virginia</u>, JCN 228-59-65 (Jan. 29,

2013). We dispense with oral argument and summarily affirm because the facts and legal

contentions are adequately presented in the materials before the Court and argument would not

aid the decisional process. <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>